

Friday, January 3, 2014

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's motion to extend time to respond to the Court's order is granted, up to and including January 10, 2014. No further extension of time will be granted to respond to the Court's order.

No. 14–0248/AR. U.S. v. Joshua L. Alaniz. CCA 20111170. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but*